UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, a nonprofit corporation, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANCY FINLEY, in her official capacity as Field Supervisor, Arcata Fish and Wildlife Office, *et al.*, <br><br> Defendants, <br><br> and <br><br> TRINITY RIVER LUMBER COMPANY, a California Corporation, <br><br> Proposed Defendant Intervenor | No. cv-11-4752-SC <br><br> **[PROPOSED] ORDER GRANTING MOTION TO INTERVENE** |

Having considered Trinity River Lumber Company's Motion to Intervene, supporting papers, and responses of the parties, the Court hereby GRANTS the motion.

IT IS SO ORDERED.

Dated:  12/1/2011

_____
Samuel Conti
United States District Judge

*Conservation Congress, et al. v. Nancy Finley, et al.*, No. cv-11-4752-SC
[PROPOSED] ORDER GRANTING MOTION TO INTERVENE– Page 1