UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>NANCY FINLEY, et al.,<br><br>    Defendants, and<br><br>TRINITY RIVER LUMBER COMPANY,<br><br>    Defendant Intervenor. | Case No.: 3:11-cv-04752-SC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORDS** |

Having considered Plaintiffs' Motion to Extend Time, the Court hereby GRANTS the motion. If needed, Plaintiffs shall file any Motion to Supplement the Administrative Record no later than March 16, 2012.

IT IS SO ORDERED.

Dated:  March 15, 2012
_____

_/s/ Samuel Conti_
Samuel Conti
United States District Judge

1