IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, et al., ) | Case No. 11-4752-SC |
| ) | |
| Plaintiffs, ) | ORDER DENYING FEDERAL |
| ) | DEFENDANTS' MOTION FOR |
| v. ) | RELIEF FROM NONDISPOSITIVE |
| ) | PRETRIAL ORDER OF |
| NANCY FINLEY, et al., ) | <u>MAGISTRATE JUDGE</u> |
| ) | |
| Defendants. ) | |

On May 2, 2012, Magistrate Judge Laurel Beeler issued an order denying Federal Defendants' request for a protective order. ECF No. 39 ("Order"). Among other things, Judge Beeler rejected Federal Defendants' argument that Plaintiffs' discovery requests were inappropriate because the APA's standard and scope of review apply to Plaintiffs' Endangered Species Act ("ESA") claims. Federal Defendants have filed a motion asking the Court to vacate the Order. ECF No. 43 ("Mot."). Having reviewed the Order, as well as the arguments raised in Federal Defendants' Motion, the Court concludes that Judge Beeler's decision was well-reasoned and correct. Accordingly, the Court DENIES Federal Defendants' Motion.

IT IS SO ORDERED.

Dated: May 25, 2012

UNITED STATES DISTRICT JUDGE