IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>DR PHONE COMMUNICATIONS, INC.,<br>also d/b/a DRphonecom.com, and<br><br>DAVID ROSENTHAL, individually<br>and as an officer of DR Phone<br>Communications, Inc.,<br><br>    Defendant. | Case No. 12-2631 SC<br><br>ORDER SETTING CASE MANAGEMENT<br>CONFERENCE |

The parties are to appear for a case management conference on August 31, 2012 at 10:00 a.m. in Courtroom 1, 450 Golden Gate Avenue, San Francisco, California.  A joint case management statement shall be filed with the court ten (10) days prior to the conference

IT IS SO ORDERED.

Dated: June 8, 2012

_____
UNITED STATES DISTRICT JUDGE