IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) Case No. 12-2631 SC |
| | ) |
| | ) ORDER SETTING CASE MANAGEMENT |
| Plaintiff, | ) <u>CONFERENCE</u> |
| | ) |
| v. | ) |
| | ) |
| DR PHONE COMMUNICATIONS, INC., | ) |
| also d/b/a DRphonecom.com, and | ) |
| | ) |
| DAVID ROSENTHAL, individually | ) |
| and as an officer of DR Phone | ) |
| Communications, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties are to appear for a case management conference on August 31, 2012 at 10:00 a.m. in Courtroom 1, 450 Golden Gate Avenue, San Francisco, California.  A joint case management statement shall be filed with the court ten (10) days prior to the conference

IT IS SO ORDERED.

Dated: June 8, 2012

_____
UNITED STATES DISTRICT JUDGE