UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>NANCY FINLEY, et al.,<br><br>    Defendants, and<br><br>TRINITY RIVER LUMBER COMPANY,<br><br>    Defendant Intervenor. | Case No.: 3:11-cv-04752-SC<br><br>**[PROPOSED]** ORDER SUBMITTING CASE |

Having received Plaintiffs' request to withdraw their Motion for Supplemental Briefing and having heard arguments from all parties on their Cross Motions for Summary Judgment on June 8, 2012, this case is hereby submitted based on the record before the Court at the close of the hearing on June 8, 2012.

IT IS SO ORDERED.

Dated: June 14, 2012   _____

_____
Samuel Conti
United States District Judge

1