United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, ENVIRONMENTAL PROTECTION INFORMATION CENTER, | ) Case No. 11-4752-SC ) ) JUDGMENT ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| NANCY FINLEY, UNITED STATES FISH AND WILDLIFE SERVICE, TYRONE KELLEY, UNITED STATES FOREST SERVICE, | ) ) ) ) |
| Defendants, and | ) ) |
| TRINITY RIVER LUMBER COMPANY, | ) ) |
| Intervenor-Defendant. | ) ) |

On June 29, 2012, the Court issued an order granting Defendants and Intervenor-Defendant's cross-motions for summary judgment. In accordance with the Court's Order, JUDGMENT is hereby entered in favor of Defendants Nancy Finley, United States Fish and Wildlife Service, Tyrone Kelley, United States Forest Service, and Intervenor-Defendant Trinity Lumber Company, and against Plaintiffs Conservation Congress and Environmental Protection Information Center with respect to all of Plaintiffs' claims in this action.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: July _2_, 2012

UNITED STATES DISTRICT JUDGE