**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   CONSERVATION CONGRESS,                ) Case No. 11-4752-SC
    ENVIRONMENTAL PROTECTION              )
5   INFORMATION CENTER,                   ) JUDGMENT
                                          )
6              Plaintiffs,                )
                                          )
7       v.                                )
                                          )
8   NANCY FINLEY, UNITED STATES FISH      )
9   AND WILDLIFE SERVICE, TYRONE          )
    KELLEY, UNITED STATES FOREST          )
10  SERVICE,                              )
                                          )
11             Defendants, and            )
                                          )
12  TRINITY RIVER LUMBER COMPANY,         )
13                                        )
               Intervenor-Defendant.      )
14  _____      )

15       On June 29, 2012, the Court issued an order granting

16  Defendants and Intervenor-Defendant's cross-motions for summary

17  judgment.  In accordance with the Court's Order, JUDGMENT is hereby

18  entered in favor of Defendants Nancy Finley, United States Fish and

19  Wildlife Service, Tyrone Kelley, United States Forest Service, and

20  Intervenor-Defendant Trinity Lumber Company, and against Plaintiffs

21  Conservation Congress and Environmental Protection Information

22  Center with respect to all of Plaintiffs' claims in this action.

23

24       IT IS SO ORDERED, ADJUDGED, and DECREED.

25

26       Dated: July  2, 2012        _____
27                                   UNITED STATES DISTRICT JUDGE

28